IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTUMN ABRAMS and RONALD SCOTT ABRAMS, JR., individually, and as husband and wife, and as parents, guardians and next friends of E.A. (a minor), V.A. (a minor), and V.A. (a deceased minor),<br><br>Plaintiffs,<br><br>v.<br><br>RED LOBSTER RESTAURANTS, LLC; TAYLOR FRESH FOODS, INC. d/b/a TAYLOR FARMS and TAYLOR FARMS FOOD SERVICE; and JOHN DOES 1-20,<br><br>Defendants. | CV 117-134 |

**O R D E R**

Before the Court is Plaintiffs' motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 29.) Because Defendants have consented to the motion, the Court **GRANTS** Plaintiffs' request and **DISMISSES** the present action **WITHOUT PREJUDICE**. The Court **ORDERS** the Clerk to **CLOSE** this case and **TERMINATE** all deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA